1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PETER J. MUNOZ, JR.,
    #94605                      )
                                 )
    Plaintiff,            )    2:10-cv-01564-RLH-RJJ
                                 )
vs.                              )
                                 )    **ORDER**
HOWARD SKOLNIK, et al.,   )
                                 )
    Defendants.      )
                                 /

17        On September 10, 2010, the court received a handwritten document from plaintiff styled

18 as a civil rights complaint (docket #1).  The document is not on the court's form and, as such, is

19 insufficient to initiate a civil rights action in this court.  The Local Rules require plaintiffs appearing in

20 *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms.

21 LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the

22 form provided by this court.").  Further, plaintiff has not paid the filing fee or submitted an application

23 to proceed *in forma pauperis*.

24        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the

25 approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed

26 *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a

1  Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)** days from the date of entry of this order,
2  plaintiff **SHALL FILE** a completed and signed complaint along with the application to proceed *in*
3  *forma pauperis* on the form provided by this court, if he is unable to pay the filing fee.  Plaintiff's failure
4  to do so may result in the immediate dismissal of the entire action.
5        DATED this 2d day of   December, 2010.

                                        *Robert J. Johnston*
                          UNITED STATES MAGISTRATE JUDGE