# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER J. MUNOZ, JR., #94605 | ) ) | |
| Plaintiff, | ) ) | 2:10-cv-01564-RLH-RJJ |
| vs. | ) ) | **ORDER** |
| HOWARD SKOLNIK, et al., | ) ) | |
| Defendants. | ) / | |

On December 2, 2010, the court ordered plaintiff to submit the filing fee or an application to proceed *in forma pauperis* on the court-approved form as well as a complaint on the court-approved form (docket #4). Plaintiff submitted an application to proceed *in forma pauperis* (docket #5), which is granted. However, instead of submitting a complaint on the form, plaintiff merely submitted the form and wrote "see filed motion" instead of completing the complaint form. This is insufficient to initiate a civil rights action in this court. Plaintiff is further advised that his complaint should set forth his claims in short and plain terms, simply, concisely and directly. *See Swierkeiewicz v. Sorema N.A.*, 534 U.S. 506, 514 (2002); Fed. R. Civ. P. 8. If plaintiff requires more space to set forth his claims than is provided by the complaint form, he must file a motion for leave to file additional pages along with his proposed complaint and any additional pages.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #5) without having to prepay the full filing fee is **GRANTED**; plaintiff shall not be required to pay an initial installment fee. Nevertheless, the full filing fee shall still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act of 1996. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act of 1996, the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the account of Peter J. Munoz, Jr., **Inmate No. 94605** (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk shall send a copy of this order to the attention of Albert G. Peralta, Chief of Inmate Services for the Nevada Department of Prisons, P.O. Box 7011, Carson City, NV 89702.

**IT IS FURTHER ORDERED** that, even if this action is dismissed, or is otherwise unsuccessful, the full filing fee shall still be due, pursuant to 28 U.S.C. §1915, as amended by the Prisoner Litigation Reform Act of 1996.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983. Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed complaint. Plaintiff's failure to do so may result in the immediate dismissal of the entire action.

DATED this 6th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE