# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER J. MUNOZ, JR.., | |
| Plaintiff(s), | Case No. 2:10-cv-1564-RLH-RJJ |
| vs. | **O R D E R** |
| HOWARD SKOLNIK, et al., | (Default Request–#17) |
| Defendant(s). | |

Before the Court is Plaintiff's request for Default (#17) and his Opposition (#18) to Defendants' Motion for Enlargement of Time (#16). The request for Default is denied.

The Court is aware that Plaintiff does not think the reasons for the two prior extensions have merit. But, as Plaintiff admits, the Court has the inherent power and discretion to control its docket and proceedings. Therefore, the Court has complete discretion in granting or denying an extension of time to answer a complaint, and is not obligated to consider, much less comply with Plaintiff's opposition to Defendants' request. In this case, the Court determined there was good and sufficient reason to permit the extension of time to respond to the Complaint. Having read Plaintiff's Opposition Reply it is not persuaded otherwise. Accordingly, pursuant to this Court's Order of June 7, 2011, Defendants have until July 21, 2011 to answer or otherwise respond to the Complaint.

IT IS THEREFORE ORDERED that Plaintiff's request for Default (#17) is denied and the response date remains.

1

IT IS FURTHER ORDERED that Defendants shall not expect a further extension of time to respond.

Dated: June 27, 2011.

_____
**Roger L. Hunt**
**United States District Judge**