UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER J. MUNOZ, JR., | ) |
| Plaintiff, | ) 2:10-cv-1564-RLH-RJJ |
| vs. | ) |
| HOWARD SKOLNIK, *et al*., | ) O R D E R |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on Defendants' Motion to Strike "Plaintiff's Request for Discovery and Inspection" (#40).

The Court having reviewed the Motion (#40) and the file herein finds that no discovery has been authorized and further, that discovery documents are not to be filed with the Court pursuant to LR 26-8. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Strike "Plaintiff's Request for Discovery and Inspection" (#40) is **GRANTED**.

DATED this  16th  day of November, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge