UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PETER J. MUNOZ, JR., | ) | |
| Plaintiff, | ) | 2:10-cv-1564-RLH-RJJ |
| vs. | ) | |
| HOWARD SKOLNIK, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion Requesting Scheduling Order (#46).

The Court having reviewed the Motion (#46) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Scheduling Order (#46) is **DENIED WITHOUT PREJUDICE** pending a ruling by the Court on Motions (#20, #22 and #29).

DATED this   6th   day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge