UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER J. MUNOZ, JR., | |
| Plaintiff, | 2:10-cv-1564-RLH-RJJ |
| vs. | |
| HOWARD SKOLNIK, *et al.*, | O R D E R |
| Defendant, | |

IT IS HEREBY ORDERED that a status conference by telephone conference call is scheduled for January 23, 2012, at 10:00 AM. The parties are directed to call into the court's meet me line at (702) 868-4906, conference code: 123456.

IT IS FURTHER ORDERED that Defendants shall make all necessary arrangements with the institution where Plaintiff is incarcerated in order to insure the participation of the Plaintiff in this conference call.

DATED this  10th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge