# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER J. MUNOZ, JR., et al., )
)
        Plaintiff, )   Case No. 2:10-cv-01564-MMD-NJK
)
vs. )   **ORDER**
)
HOWARD SKOLNIK, et al., )
)
        Defendants. )

This matter is before the Court on Catherine Cortez Masto, Attorney General for the State of Nevada, and Kelly Smith's Motion to Remove Counsel from CM/ECF Service List on behalf of Defendants Minor Adams, Cheryl Burson, Larr Green, and Tanya Hill (#92), filed January 25, 2013. The Motion (#92) specifically requests that Kara L. Krause be removed form the CM/ECF Service List. The Court has reviewed the motion and finds good cause exists for the requested relief.  Accordingly,

    **IT IS HEREBY ORDERED** that Catherine Cortez Masto, Attorney General for the State of Nevada, and Kelly Smith's Motion to Remove Counsel from CM/ECF Service List on behalf of Defendants Minor Adams, Cheryl Burson, Larr Green, and Tanya Hill (#92) is **granted.**

    **IT IS FURTHER ORDERED** that Kara L. Krause shall be removed form the CM/ECF Service List.

    Dated this 28th day of January, 2013.

                                                **Nancy J. Koppe**
                                              **United States Magistrate Judge**